**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-6391**

———————————

QASIM BILAL AL-AMIN BIN MCDANIEL, a/k/a Eugene McDaniel,

Plaintiff - Appellant,

v.

JAMES C. WILLETT, Superintendent, Pamunky Regional Jail; M. A.
BENNETT, Major, Deputy Superintendent, Pamunky Regional Jail;
SCKINTO, Sgt., Grievance Officer, Pamunky Regional Jail;
CLAVEAU, Captain, Programs, Pamunky Regional Jail,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge.  (3:06-cv-00787-JRS)

———————————

Submitted: September 5, 2008        Decided: November 3, 2008

———————————

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Qasim Bilal Al-Amin Bin McDaniel, Appellant Pro Se.  Lisa Ehrich,
Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Qasim Bilal Al-Amin Bin McDaniel appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McDaniel v. Willett</u>, No. 3:06-cv-00787-JRS (E.D. Va. Mar. 3, 2008). Additionally, we deny McDaniel's motions for appointment of counsel and for preparation of transcripts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>